ORIGINAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

Noel Spencer,
    Plaintiff,

VS                              CV-03-4698(FB)(VVP)

Delta Machinery Inc., and
Biesemeyer Manufacturing Corp.,
    Defendants.

Jury verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED THAT PLAINTIFF RECOVERS NOTHING FROM THE DEFENDANTS AND THE COMPLAINT IS DISMISSED IN IT'S ENTIRETY.

12/12/05
DATE

ROBERT C. HEINEMANN
CLERK OF THE COURT

(By) DEPUTY CLERK