UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

NOEL SPENCER,
           Plaintiff,

ORDER OF SUSTENANCE

-vs-

DELTA MACHINERY, INC.

CV-03-4698(FB)

           Defendant.
-------------------------------------------------

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the (8) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
    December 12, 2005

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST

(XX) LUNCH

( ) OTHER _____

_____
U. S. D. J.

